# ALABAMA COURT OF CRIMINAL APPEALS



September 26, 2025

**CR-2024-0498**
Shannon Xavier Pearson v. State of Alabama (Appeal from Choctaw Circuit Court: CC-21-23 and CC-21-24)

# **<u>NOTICE</u>**

You are hereby notified that on September 26, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk